UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America |
| -v- |
| FIAZ KHAN, |
| *Defendant.* |

USAO# 2013R01858

16-MJ-1718 & 16-CR-

ORDER FOR RETURN OF BAIL

U.S.M.S. Register No. 77266-054
M19-1-N/A

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of **(XXXXXFIVE-THOUSANDXXXXX)**, **($5,000) CASH,** and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS the docket reflects that on **MARCH 20, 2018** the defendant was sentenced by **HON. VICTOR MARRERO, U.S.D.J.**, to **12 MONTHS AND 1 DAY JAIL; $100 SPECIAL ASSESSMENT; $202,570.00 RESTITUTION** and

WHEREAS the Federal Bureau of Prison's inmate locator shows that the defendant has surrendered; and

WHEREAS the defendant's conviction has become final and there are no further proceedings before this Court for which the defendant's presence is required; and

WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to **FIAZ KHAN** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Dated: New York, New York

_____
UNITED STATES DISTRICT JUDGE
**PART I**

Barbara Moses
United States Magistrate Judge
Southern District of New York

CONSENTED TO:

GEOFFREY BERMAN
United States Attorney

by: _____ Date: 12/2/2019
**MARGARET GRAHAM**
**Assistant United States Attorney**
(212) 637-2923

2

**Address of payee, if different from address on original Bail Order:**
(to be completed by District Court Clerk's Office)

_____

_____

_____

**Phone Number:** _____

**The Clerk's Office Finance Unit will contact the party once the check is ready.**

# FOR CLERK'S OFFICE USE ONLY:

| RECEIVED CHECK NO: | DATED: |
|---|---|
| IN THE AMOUNT OF: $ | |
| PAYABLE TO: | |
| SIGN & PRINT: | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*AFFIDAVIT*

UNITED STATES OF AMERICA,       Plaintiff

-vs-

CASE#: 16 MAG 1718

Fiaz Khan       Defendant

STATE OF NEW YORK:

COUNTY OF NEW YORK: SS

I, __FIAZ KHAN__, being duly sworn and depose and say: I give Iman Fiaz (my wife) Permission to withdraw the bail money. That I presently reside at: Clinton County Correctional facility. 58 Pine Mountain Rd, Mcelhatton, PA 17748 and can be reached at (HOME# OR CELL#), 1570 769 7680. That on the 18th day of March 2016, deposited with the Clerk of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, the sum of $ 5,000 as cash bail.

That your deponent's receipt which was given to him/her was lost, and deponent has made due and diligent effort to find the same without success. Your deponent states that he/she has not assigned any moneys to any other person.
WHEREFORE, deponent respectfully prays that this Affidavit be accepted in lieu of the original receipt.

SWORN TO BEFORE ME THIS in York.

13th DAY OF Nov. 2019

FIAZ AHMED KHAN
PARTICIPANT'S NAME (PRINT)

_____
NOTARY PUBLIC

_____
PARTICIPANT'S SIGNATURE

ST. (GH.).)  GHRITI-CHHETRY
Notary Public, State of New York
No. 31-4920542
Qualified in New York County
Commission Expires Jan. 25, 2022